1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10   TAYLOR-LISTUG, INC., a California corporation          CASE NO. 06 CV 2025 JM (RBB)
     doing business as TAYLOR GUITARS,
11                                          Plaintiff,      **ORDER GRANTING JOINT
                                                           MOTION FOR DISMISSAL OF**
           vs.                                             **ACTION**
12
     SUNG-EUM MUSIC CO., LTD., a Korean
13   company, business entity form unknown, doing
     business as CRAFTER GUITARS; CRAFTER USA,
14   INC., a Virginia corporation, doing business as
     CRAFTER GUITARS,
15                                          Defendants.

16

17         The court **GRANTS** the parties' joint motion for dismissal of this action. See Docket No. 17.

18   As requested in the joint motion, the court will retain jurisdiction to enforce the terms of the joint

19   motion and the agreements contained therein.  However, the court will not enforce the parties'

20   stipulation to the jurisdiction of this court for the resolution of any and all disputes arising from the

21   same.  As this case has now settled in its entirety, the clerk is **ORDERED** to terminate it.

22         **IT IS SO ORDERED.**

23   DATED:  December 22, 2006

24                                                _____
                                                  Hon. Jeffrey T. Miller
25                                                United States District Judge

26   cc:  All Parties

27

28

06cv2025